1  THOMAS F. LANDERS [SBN 207335]
   tlanders@swsslaw.com
2  LEAH S. STRICKLAND [SBN 265724]
   lstrickland@swsslaw.com
3  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
4  San Diego, California 92101
   (t) 619.231.0303
5  (f) 619.231.4755

6  Attorneys for Defendant
   MIDLAND CREDIT MANAGEMENT, INC.
7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11 | CAMILO MARQUEZ,              | Case No. **'15CV1174 AJB  DHB**
12 |        Plaintiff,            | **DECLARATION OF SERVICE**
13 |   v.                         |
14 | MIDLAND CREDIT               |
   | MANAGEMENT, INC.,            |
15 |                              |
   |        Defendant.            |
16

17 **STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

18        At the time of service, I was over 18 years of age and not a party to this

19 action. I am employed in the County of San Diego, State of California. My

20 business address is 401 B Street, Suite 1200, San Diego, CA 92101.

21        On May 27, 2015, I served true copies of the following document(s)

22 described as:

23        **1. Notice of Removal of Action Under 28 U.S.C. § 1441(a)**

24 on the interested parties in this action as follows:

25 / / /

26 / / /

27 / / /

28 / / /

P:00959215:87025.136                    -1-
                        DECLARATION OF SERVICE

Camilo Marquez   *Plaintiff pro se*
760 Dorothy Street #B
Chula Vista, CA 91911
Telephone: 619-917-2231

**BY MAIL:** I enclosed the document(s) in sealed envelope(s) or package(s) addressed to the person(s) at the address(es) listed in the Service List and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with Solomon Ward Seidenwurm & Smith, LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Diego, California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 27, 2015, at San Diego, California.

_____
JESSICA LANDERS

P:00959215:87025.136

-2-

DECLARATION OF SERVICE